IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHINTAMANI MUEBLAS-CURTIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:25-CV-1201-D |
| | § | |
| AMERICAN AIRLINES, INC, | § | |
| | § | |
| Defendant. | § | |

MEMORANDUM OPINION
AND ORDER

Plaintiff Chintamani Mueblas-Curtis ("Mueblas-Curtis") filed on July 23, 2026 a letter and cover letter in which she requests that the court reconsider its ruling dismissing this case on motion for summary judgment. Because this document was filed more than 28 days after judgment was entered on June 18, 2026, it is properly treated as a Fed. R. Civ. P. 60(b) motion.

Under Rule 60(b), a district court may grant relief from a final judgment, order, or proceeding for (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud, misrepresentation, or other misconduct of an adverse party; (4) a void judgment; or (5) a judgment that has been reversed or otherwise vacated. Rule 60(b)(1)-(5). The court can also set aside a judgment for "any other reason that justifies relief." Rule 60(b)(6). Relief under this "catch-all" provision is available, however, "only if extraordinary circumstances are present." *Hess v. Cockrell*, 281 F.3d 212, 216 (5th Cir. 2002) (quoting *Batts v. Tow-Motor Forklift Co.*, 66 F.3d 743, 747 (5th Cir. 1995)). The

burden of establishing at least one of the Rule 60(b) requirements is on the movant, and a determination of whether that burden has been met rests within the discretion of the court. *Lavespere v. Niagara Mach. & Tool Works, Inc.*, 910 F.2d 167, 173 (5th Cir. 1990), *abrogated on other grounds by Little v. Liquid Air Corp.*, 37 F.3d 1069, 1075 n.14 (5th Cir. 1994) (en banc) (per curiam).

The court holds that Mueblas-Curtis has failed to demonstrate that she is entitled to relief under Rule 60(b). Accordingly, treating her cover letter and letter as a motion, the motion is denied.

**SO ORDERED**.

August 21, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE